### (May 13, 1970)

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES C. PEARSON, Appellant.— Motion to amend remittitur granted and remittitur amended by adding thereto the following: Upon the appeal herein there was presented and necessarily passed upon a question under the Constitution of the United States, viz.: Appellant contended that the evidence at the hearing conclusively established that his plea of guilty was involuntary and, therefore, his rights under the Fourteenth Amendment of the Constitution of the United States were violated. The Appellate Division held that appellant's constitutional rights were not violated. Herlihy, P. J., Reynolds, Staley, Jr., Greenblott and Cooke, JJ., concur. [33 A D 2d 895.]

CLAIRE E. PETERS, Appellant, v. ALFRED GERSCH, Defendant, and JACK V. NEARING, Respondent.— Judgment entered in the office of the County Clerk of Delaware County on April 29, 1969, reversed and a new trial ordered, with costs to abide the event, in accordance with a stipulation of the parties. Herlihy, P. J., Reynolds, Aulisi, Staley, Jr., and Greenblott, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GERALD WAYNE BURLISON, Appellant.— Appeal dismissed for lack of prosecution and upon the further ground that it appears that the appeal was abandoned. Herlihy, P. J., Reynolds, Aulisi, Staley, Jr., and Greenblott, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THEODORE CHILCOTT, Appellant.— Appeal from judgment of conviction rendered May 12, 1969 dismissed as academic. Herlihy, P. J., Reynolds, Aulisi, Staley, Jr., and Greenblott, JJ., concur.